IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR13-00845-TUC-RCC(LAB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Basim Youkhana Sadah, | |
| Defendant. | |

The Court having made a de novo review of the Report and Recommendation filed by Magistrate Judge Bowman (Doc. 62),

**IT IS ORDERED** the Court adopts the recommendations of the Magistrate Judge and DENIES the Motion to Suppress (Doc. 35).

DATED this 4th day of October, 2013.

Raner C. Collins
United States District Judge